UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>JOHN DOE INFRINGER IDENTIFIED AS USING IP ADDRESS 73.231.112.197,<br><br>       Defendant. | Case No. 21-cv-08818-SVK<br><br>**ORDER TO SHOW CAUSE** |

In an order dated June 8, 2022, the Court ordered Plaintiff to file a request for entry of default by June 22, 2022 and to file a motion for default judgment within 14 days of entry of default. Dkt. 21. Default issued June 29, 2022, making Plaintiff's motion for default judgment due by July 13, 2022. As of the date of this order, no motion for default judgment has been filed. Accordingly, Plaintiff is ordered to appear on **August 23, 2022 at 1:30 p.m.** and show cause why this case should not be dismissed for failure to prosecute. In addition, a response to this OSC is due by **August 16, 2022.**

     **SO ORDERED.**

Dated: July 27, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge